BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America



SEP 10 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>1. Priority Mail parcel 9114901189866367677726, addressed to "STEVIE VENEZUELA, 460 WEST BROOME STREET, CLERMONT, FL 34711," with a return address of "T-SHIRT EXPRESS, 1300 E SHAW AVE, FRESNO, CA 93710."<br><br>AND<br><br>2. Priority Mail parcel 9114901230801194417131, addressed to "MELISSA REYNOLDS, 125 MUIRWOOD DRIVE, TEMPLE, GA 30179," with a return address of "T-SHIRT EXPRESS, 1300 E SHAW AVE, FRESNO, CA 93710." | SW NO. 1:14 SW 00176 GSA<br><br>**UNDER SEAL**<br><br>SEALING ORDER |

The United States of America, having applied to this Court, for an Order permitting it to file the search warrants, application, and affidavit, in the above-entitled proceedings, together with its Application to Seal, under seal, and good cause appearing thereon,

IT IS HEREBY ORDERED that the search warrants, application, and affidavit in the above-entitled proceeding, together with the Application To Seal, shall be filed with the Court under seal and shall not be disclosed pending further order of this court.

DATED: 8/4/14

_____
U.S. MAGISTRATE JUDGE